# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10CV42-RLV-DSC

| | |
|---|---|
| YOLANDA DOUGLAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. AIRWAYS GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on Defendant's "Application for Admission to Practice Pro Hac Vice [for Matthew J. Gilley]" (document #5) filed March 30, 2010. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: March 31, 2010

David S. Cayer
United States Magistrate Judge