# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Yolanda Douglas,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:10cv42

US Airways Group, Inc., et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 9, 2011 Order.

Signed: May 9, 2011

_____
Frank G. Johns, Clerk
United States District Court